Wes L. Scrivner, Esq., ISB No. 2306
MALLEA & SCRIVNER, P.L.L.C.
Special Deputy Attorney General
for the State of Idaho
877 West Main Street, Suite 607
Post Office Box 449
Boise, Idaho 83701-0449
Telephone:   (208) 345-1373
Telecopier:   (208) 338-9442

Attorneys for Defendant James Barker

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

\* \* \* \* \* \* \* \*

| | |
|---|---|
| Arthur Hodge, <br><br> Plaintiff, <br><br> vs. <br><br> DAVE PASKETT, Warden, IMSI, JAMES BARKER, individually and official capacities <br><br> Defendants. | Case No. 98-0319-S-EJ2 <br><br> ORDER FOR DISMISSAL WITH PREJUDICE |

THE COURT, having considered the Stipulation for Dismissal with Prejudice, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter be, and the same hereby is, dismissed with prejudice, all parties to bear their own fees and costs, the same having been settled and compromised.

DATED this _17_ day of _December_, 1999.

_____
Edward J. Lodge
United States District Judge

ORDER FOR DISMISSAL WITH PREJUDICE, Page 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of December, 1999, a true and correct copy of the foregoing document was served upon:

Robert C. Huntley Jr., Esq.
802 W. Bannock, Suite 101
P.O. Box 1845
Boise, Idaho 83701

James D. Carlson, Esq.
Deputy Attorney General
Statehouse, Room 210
P. O. Box 83720
Boise, ID 83720-0010

Wes L. Scrivner, Esq.
MALLEA & SCRIVNER, P.L.L.C.
877 West Main Street, Suite 607
Post Office Box 449
Boise, Idaho 83701-0449

✓ by U.S. Mail
___ by Hand Delivery
___ by Facsimile
___ by Overnight Mail

Deputy CLERK   Carol Vaughn

ORDER FOR DISMISSAL WITH PREJUDICE, Page 2